UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEPHEN KOVACS,
                Petitioner,

v.

UNITED STATES OF AMERICA,
                Respondent.

[PROPOSED] ORDER GRANTING
WRIT OF ERROR CORUM NOBIS
AND VACATING CONVICTION

CV 12-2260 (LDW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY -9 2014 ★
LONG ISLAND OFFICE

It is HEREBY ORDERED that Petitioner Stephen Kovacs' Petition for a Writ of Error *Corum Nobis* [Dkt. 1] is GRANTED. It is further ORDERED that the conviction and sentence of Stephen Kovacs entered in the matter captioned *United States v. Kovacs*, No. 96-cr-895, is VACATED.

The Clerk of Court is directed to close the file.

SO ORDERED.

/s/ Leonard D. Wexler
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
~~April __, 2014~~
MAY 9, 2014